# Third District Court of Appeal

## State of Florida

Opinion filed August 2, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1643
Lower Tribunal No. 22-13480
_____

**AVFSolutions, Inc.,**
Appellant,

vs.

**City of Miami, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Wasson & Associates, Chartered, and Annabel C. Majewski; Gary S. Glasser, P.A., and Gary S. Glasser, for appellant.

Victoria Méndez, City Attorney, and John A. Greco, Chief Deputy City Attorney, for appellee.

Before SCALES, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Frye v. Miami-Dade County</u>, 2 So. 3d 1063, 1064 (Fla. 3d DCA 2009) ("Since [the plaintiff] did not exhaust his remedies at law, he is not entitled to injunctive relief. There is no longer jurisdiction to review the order of the Unsafe Structures Appeal Panel."); <u>City of Coral Gables v. Fortun</u>, 785 So. 2d 741, 742 (Fla. 3d DCA 2001) ("[The property owners'] suit was premature and the circuit court lacked subject matter jurisdiction to hear the matter.").